AO 10
Rev. 1/2018

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| BEETLESTONE, WENDY | U.S. DISTRICT COURT - EDPA | 08/01/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. DISTRICT JUDGE - ACTIVE | ☐ Nomination    Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

JAMES A. BYRNE U.S. COURTHOUSE
601 MARKET STREET, ROOM 3809
PHILADELPHIA, PA 19106

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| BEETLESTONE, WENDY | 08/01/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2017 | THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA - SALARY |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **BEETLESTONE, WENDY** | 08/01/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | BANK OF AMERICA | CREDIT CARD | J |
| 2. | ADVANTAGE BARCLAYCARD | CREDIT CARD | J |
| 3. | CAPITAL ONE VISA | CREDIT CARD | J |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BEETLESTONE, WENDY | 08/01/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. WELLS FARGO (CASH) | A | Interest | K | T | | | | | |
| 2. PNC BANK (CASH) | A | Interest | N | T | | | | | |
| 3. BROKERAGE ACCOUNT #1 (H) | | | | | | | | | |
| 4. ADVANTAGE BANK (CASH) | A | Interest | | | Closed | 11/20/17 | N | | |
| 5. DEPOSIT ACCOUNT IDA12 (MMDA12) | A | Int./Div. | M | T | Open | 11/20/17 | N | | |
| 6. ISHARES MSCI STH KOR ETF (EWY) | A | Dividend | J | T | | | | | |
| 7. I SHARES MSCI STH AFR ETF (EZA) | A | Dividend | J | T | | | | | |
| 8. AKZO NOBEL NV SPON ADR (AKZOY) | A | Dividend | K | T | | | | | |
| 9. ALLIANCE RES PART LP UT LTD PART SBI/CBI (ARLP) | C | Distribution | K | T | | | | | |
| 10. AMERICA MOVIL SAB DE CV SPON ADR L SHS (MAK) | A | Dividend | K | T | | | | | |
| 11. AMERICAN WATER WORKS CO INC NEW (AWK) | A | Dividend | K | T | | | | | |
| 12. ANADARKO PETE CORP (APC) | A | Dividend | K | T | | | | | |
| 13. AQUA AMERICA INC (WTR) | A | Dividend | K | T | | | | | |
| 14. BOEING CO (BA) | B | Dividend | L | T | | | | | |
| 15. BP PLC SPON ADR (BP) | D | Dividend | L | T | | | | | |
| 16. BUCKEYE PART LP UNIT LTD PART SBI/CBI (BPL) | B | Distribution | J | T | | | | | |
| 17. CALIFORNIA RESOURCES CORP (CRC) | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BEETLESTONE, WENDY | 08/01/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. CALIFORNIA WATER SVC GROUP (CWT) | A | Dividend | L | T | | | | | |
| 19. CARRIZO OIL & GAS INC (CRZO) | | None | J | T | | | | | |
| 20. CHEVRON CORP NEW (CVX) | D | Dividend | M | T | | | | | |
| 21. CNOOC LTD SPON ADR (CEO) | B | Dividend | L | T | | | | | |
| 22. CHINA PETE & CHEM CORP SPON (SNP) ADR H SHS | B | Dividend | K | T | | | | | |
| 23. CONOCO PHILLIPS (COP) | C | Dividend | M | T | | | | | |
| 24. DCP MIDSTREAM PART LP COM (DPM) | B | Distribution | K | T | | | | | |
| 25. DOWDUPONT (DWDP) (formerly DUPONT EI DE NEMOURS & CO (DD)) | | None | K | T | | | | | |
| 26. ENBRIDGE ENERGY PART LP (EEP) | A | Distribution | J | T | | | | | |
| 27. ENBRIDGE INC (ENB) | A | Dividend | J | T | | | | | |
| 28. ENERGY TRANSFER EQUITY LP COM (ETE) | C | Distribution | K | T | | | | | |
| 29. ENERGY TRANSFER PART LP (ETP) | C | Distribution | K | T | | | | | |
| 30. ENI SPA SPON ADR (E) | D | Dividend | M | T | | | | | |
| 31. ENTERPRISE PRODS PART LP (EPD) | D | Distribution | L | T | | | | | |
| 32. EXXON MOBIL CORP (XOM) | D | Dividend | M | T | | | | | |
| 33. GENERAL ELECTRIC CO (GE) | B | Dividend | K | T | | | | | |
| 34. GENESIS ENERGY LP (GEL) | A | Distribution | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BEETLESTONE, WENDY | 08/01/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  GOLDMAN SACHS GROUP INC (GS) | A | Dividend | L | T | | | | | |
| 36.  HESS CORP (HES) | B | Dividend | L | T | | | | | |
| 37.  HOLLY ENERGY PART LP (HEP) | A | Distribution | J | T | | | | | |
| 38.  HUSKY ENERGY INC (HUSKF) | | None | J | T | | | | | |
| 39.  INDIA FD INC (IFN) | | None | K | T | | | | | |
| 40.  INTEL CORP (INTC) | B | Dividend | L | T | | | | | |
| 41.  JP MORGAN CHASE & CO COM (JPM) | B | Dividend | L | T | | | | | |
| 42.  KINDER MORGAN INC DEL (KMI) | A | Dividend | K | T | | | | | |
| 43.  KONINKLIJKE PHILIPS NV NY REG SH NEW (PHG) | A | Dividend | J | T | | | | | |
| 44.  MAGELLAN MIDSTREAM PART LP (MMP) | C | Distribution | L | T | | | | | |
| 45.  MARATHON OIL CORP (MRO) | A | Dividend | L | T | | | | | |
| 46.  MARATHON PETE CORP (MPC) | D | Dividend | M | T | | | | | |
| 47.  MIDDLESEX WATER CO (MSEX) | A | Dividend | J | T | | | | | |
| 48.  MPLX LP COM (MPLX) | B | Distribution | K | T | | | | | |
| 49.  NATIONAL GRID PLC SPON ADR NEW (NGG) | A | Dividend | K | T | | | | | |
| 50.  NATIONAL OILWELL VARCO INC (NOV) | A | Dividend | J | T | | | | | |
| 51.  NORTHROP GRUMMAN CORP (NOC) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BEETLESTONE, WENDY | 08/01/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. NUCOR CORP (NUE) | A | Dividend | J | T | | | | | |
| 53. NUSTAR ENERGY LP (NS) | A | Distribution | J | T | | | | | |
| 54. OCCIDENTAL PETE CORP DEL (OXY) | D | Dividend | M | T | | | | | |
| 55. OCEANEERING INTL INC (OII) | A | Dividend | J | T | | | | | |
| 56. OJSC OC ROSNEFT SPON GDR REG S (OJSCY) | A | Dividend | K | T | | | | | |
| 57. OMV AG SPON ADR NEW (OMUKY) | A | Dividend | K | T | | | | | |
| 58. ONEOK (OKE) (formerly ONEOK PARTNERS LP (OKS)) | C | Distribution | L | T | | | | | |
| 59. PETROCHINA CO LTD SPON ADR (PTR) | A | Dividend | K | T | | | | | |
| 60. PHILLIPS 66 (PSX) | C | Dividend | M | T | | | | | |
| 61. PIONEER NAT RES CO (PXD) | A | Dividend | M | T | | | | | |
| 62. PJSC LUKOIL SPON ADR (LUKOY) | A | Dividend | J | T | | | | | |
| 63. PLAINS ALL AMERICAN PIPELINE LP (PAA) | B | Distribution | K | T | | | | | |
| 64. QUALCOMM INC (QCOM) | A | Dividend | J | T | | | | | |
| 65. RIO TINTO PLC SPON ADR (RIO) | C | Dividend | L | T | | | | | |
| 66. ROYAL DUTCH SHELL PLC SPON ADR B (RDSB) | A | Dividend | K | T | | | | | |
| 67. ROYAL DUTCH SHELL PLC SPON ADR A (RDSA) | D | Dividend | N | T | | | | | |
| 68. SASOL-LTD SPON ADR (SSL) | B | Dividend | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BEETLESTONE, WENDY | 08/01/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. SCHLUMBERGER LTD (SLB) | C | Dividend | M | T | | | | | |
| 70. SIEMENS AG SPON ADR (SIEGY) | A | Dividend | K | T | | | | | |
| 71. SINOPEC SHANGHAI PETROCHEMICAL SPON ADR H (SHI) | A | Dividend | K | T | | | | | |
| 72. SOUTHERN COPPER CORP (SCCO) | A | Dividend | L | T | | | | | |
| 73. SPECTRA ENERGY PART LP (SEP) | A | Distribution | J | T | | | | | |
| 74. TARGA RESOURCES PART LP (TRGP) | B | Dividend | K | T | | | | | |
| 75. TATA MTRS LTD SPON ADR (TTM) | | None | J | T | | | | | |
| 76. TC PIPELINE LP (TCP) | A | Distribution | J | T | | | | | |
| 77. TEMPLETON EMER MKTS INCOME FUND (TEI) | A | Dividend | J | T | | | | | |
| 78. TEXAS INSTRUMENTS INC (TXN) | A | Dividend | K | T | | | | | |
| 79. TOTAL SA SPON ADR (TOT) | B | Dividend | K | T | | | | | |
| 80. TRANSCANADA CORP (TRP) | A | Dividend | K | T | | | | | |
| 81. TRANSMONTAIGNE PART LP (TLP) | B | Distribution | K | T | | | | | |
| 82. VANGUARD NAT RES LLC (VNR) (X) (Y) | | | | | | | | | |
| 83. VERIZON COMM INC (VZ) | A | Dividend | J | T | | | | | |
| 84. WESTERN DIGITAL CORP (WDC) | A | Dividend | J | T | | | | | |
| 85. WOODSIDE PETE LTD (WPL) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BEETLESTONE, WENDY | 08/01/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. IRA #1 (H) | | | | | | | | | |
| 87. FIRST EAGLE GLOBAL FD A (SGENX) | D | Dividend | M | T | Sold (part) | 03/10/17 | J | | |
| 88. TRUST #1 (H) | | | | | | | | | |
| 89. ADVANTAGE BANK (CASH) | A | Interest | | | Closed | 11/20/17 | L | | |
| 90. DEPOSIT ACCOUNT IDA12 (MMDA12) | A | Int./Div. | L | T | Open | 11/20/17 | L | | |
| 91. AT&T (T) | A | Dividend | J | T | | | | | |
| 92. AMAZON COM INC (AMZN) | | None | L | T | | | | | |
| 93. AMERICAN EXPRESS CO (AXP) | A | Dividend | J | T | | | | | |
| 94. CA INC (CA) | A | Dividend | K | T | | | | | |
| 95. CATERPILLAR INC DEL (CAT) | A | Dividend | J | T | | | | | |
| 96. CHEMOURS (CC) (X) | A | Dividend | J | T | | | | | |
| 97. CHUBB CORP (CB) | A | Dividend | J | T | | | | | |
| 98. COCA COLA CO (KO) | A | Dividend | J | T | | | | | |
| 99. COMCAST CORP NEW CL A SPL (CMCSA) | A | Dividend | J | T | | | | | |
| 100. DISNEY WALT CO COM DISNEY (DIS) | A | Dividend | K | T | | | | | |
| 101. DISCOVERY COMM NEW COM SER C (DISCK) | | None | J | T | | | | | |
| 102. DOWDUPONT (DWDP) (formerly DUPONT EL DE NEMOURS & CO (DD)) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BEETLESTONE, WENDY | 08/01/2018 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. ENI SPA SPON ADR (E) | A | Dividend | J | T | | | | | |
| 104. EBAY INC (EBAY) | | None | J | T | | | | | |
| 105. EMERSON ELEC CO (EMR) | A | Dividend | J | T | | | | | |
| 106. EXPEDIA INC DEL COM NEW (EXPE) | A | Dividend | J | T | | | | | |
| 107. EXXON MOBIL CORP (XOM) | B | Dividend | K | T | | | | | |
| 108. GAZPROM SPON ADR EA REP 2 ORD SHS (OGZPY) | A | Dividend | J | T | | | | | |
| 109. GENERAL ELECTRIC CO (GE) | A | Dividend | J | T | | | | | |
| 110. HESS CORP (HES) | A | Dividend | J | T | | | | | |
| 111. IMPERIAL OIL LTD COM NEW (IMO) | A | Dividend | J | T | | | | | |
| 112. INTEL CORP (INTC) | A | Dividend | K | T | | | | | |
| 113. JP MORGAN CHASE & CO COM (JPM) | A | Dividend | J | T | | | | | |
| 114. KIMBERLY CLARK CORP (KMB) | A | Dividend | J | T | | | | | |
| 115. KRAFT FOODS GROUP INC (KHC) | A | Dividend | J | T | | | | | |
| 116. LIBERTY BROADBAND CORP C (LBRDK) (X) | | None | J | T | | | | | |
| 117. LIBERTY MEDIA SIRIUSXM A (LSXMA) (X) | | None | J | T | | | | | |
| 118. LIBERTY MEDIA SIRIUSXM C (LSXMK) (X) | | None | J | T | | | | | |
| 119. MICROSOFT CORP (MSFT) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BEETLESTONE, WENDY | 08/01/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. MONDELEZ INTL INC CL A (MDLZ) | A | Dividend | J | T | | | | | |
| 121. OCCIDENTAL PETE CORP DEL (OXY) | A | Dividend | K | T | | | | | |
| 122. PAYPAL HOLDINGS INC (PYPL) | | None | J | T | | | | | |
| 123. PEPSICO INC (PEP) | A | Dividend | J | T | | | | | |
| 124. PROCTOR & GAMBLE CO (PG) | A | Dividend | J | T | | | | | |
| 125. RAYTHON CO COM NEW (RTN) | A | Dividend | K | T | | | | | |
| 126. REPSOL SA SPON ADR (REPYY) | A | Dividend | J | T | | | | | |
| 127. RIO TINTO PLC SPON ADR (RIO) | C | Dividend | L | T | | | | | |
| 128. ROYAL DUTCH SHELL PLC SPON ADR A (RDSA) | B | Dividend | K | T | | | | | |
| 129. SANTOS LIMITED ADR UNSPONSORED (SSLTY) | | None | J | T | | | | | |
| 130. SOUTHERN COPPER CORP (SCCO) | A | Dividend | J | T | | | | | |
| 131. TAIWAN SEMICOMDUCTOR MF LTD SPON ADR (TSM) | A | Dividend | J | T | | | | | |
| 132. TEXAS INSTRS INC (TXN) | A | Dividend | K | T | | | | | |
| 133. TIMEWARNER INC COM NEW (TWX) | A | Dividend | J | T | | | | | |
| 134. TOTAL SA SPONSORED ADR (TOT) | B | Dividend | K | T | | | | | |
| 135. TWENTY FIRST CENTURY FOX INC CL B (FOX) | A | Dividend | J | T | | | | | |
| 136. WAL MART STORES INC (WMT) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,000 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BEETLESTONE, WENDY | 08/01/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. WEYERHAEUSER CO REIT (WY) | A | Dividend | J | T | | | | | |
| 138. TRUST #2 (H) | | | | | | | | | |
| 139. ADVANTAGE BANK (CASH) | A | Interest | | | Closed | 11/20/17 | K | | |
| 140. DEPOSIT ACCOUNT IDA12 (MMDA12) | A | Interest | K | T | Open | 11/20/17 | K | | |
| 141. CHEVRON CORP NEW (CVX) | B | Dividend | L | T | | | | | |
| 142. CONOCOPHILLIPS (COP) | A | Dividend | K | T | | | | | |
| 143. ENI SPA SPON ADR (E) | A | Dividend | J | T | | | | | |
| 144. EXXON MOBIL CORP (XOM) | B | Dividend | K | T | | | | | |
| 145. FREEPORT MCMORAN COPPER & GOLD (FCX) | | None | J | T | | | | | |
| 146. HESS CORP (HES) | A | Dividend | K | T | | | | | |
| 147. IMPERIAL OIL LTD COM NEW (IMO) | A | Dividend | K | T | | | | | |
| 148. MARATHON OIL CORP (MRO) | A | Dividend | J | T | | | | | |
| 149. MARATHON PETE CORP (MPC) | A | Dividend | K | T | | | | | |
| 150. OCCIDENTAL PETE CORP DEL (OXY) | A | Dividend | K | T | | | | | |
| 151. PHILLIPS 66 (PSX) | A | Dividend | K | T | | | | | |
| 152. RELIANCE INFRASTRUCTURE LTD GDR (RELFE) | A | Dividend | J | T | | | | | |
| 153. ROYAL DUTCH SHELL PLC SPON ADR A (RDSA) | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BEETLESTONE, WENDY | 08/01/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. SASOL LTD SPON ADR (SSL) | A | Dividend | J | T | | | | | |
| 155. TOTAL SA SPON ADR (TOT) | B | Dividend | L | T | | | | | |
| 156. 403(b) #1 (H) | | | | | | | | | |
| 157. VANGUARD WELLINGTON FUND INV | | None | N | T | | | | | |
| 158. VANGUARD PRIMECAP FUND ADMIRAL | | None | N | T | | | | | |
| 159. VANGUARD TARGET RETIREMENT 2025 | | None | M | T | | | | | |
| 160. 403(b) #2 (H) | | | | | | | | | |
| 161. CREF STOCK R3 | | None | P1 | T | | | | | |
| 162. CREF GLOBAL EQUITIES R3 | | None | M | T | | | | | |
| 163. TIAA REAL ESTATE | | None | J | T | | | | | |
| 164. T-C INTL EQ RTMT | C | Dividend | M | T | | | | | |
| 165. TIAA TRADITIONAL | B | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **BEETLESTONE, WENDY** | 08/01/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Brokerage accounts #1 and #2 of the 2016 report were merged in 2017.

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ WENDY BEETLESTONE**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544